

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00297-CR

| | | |
|---|---|---|
| GREGG MICHAEL HOSS, JR., Appellant | § | On Appeal from Criminal District Court |
| | § | No. 1 |
| V. | § | of Tarrant County (1782818) |
| | § | December 5, 2024 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's denying Appellant's motion for new trial. It is ordered that the trial court's denial of Appellant's motion for new trial is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker